

# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

AMPARO VEGA-CORTEZ

REDACTED

## Criminal Complaint

CASE NUMBER: 07- **74 M**

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief On or about April 17, 2007, in the State and District of Delaware, Defendant AMPARO VEGA-CORTEZ, an alien and subject of Mexico was found in the United States, after having been removed therefrom on or about November 23, 1999, at or near Laredo, TX, and on or about September 18, 1996, at or near Brownsville, TX, and defendant was knowingly in the United States unlawfully, and prior to his reembarkatio at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States; in violation of 8 U.S.C. § 1326(a).

I further state that I am a(n)   __Special Agent, Department of Homeland Security, ICE__   and that this complaint is based
                                                         Official Title
on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:    Yes X

_____
Signature of Complainant
Patrick McCall
Special Agent, ICE

Sworn to before me and subscribed in my presence,

__April 19, 2007_____   at   __Wilmington, DE_____
Date                                                                    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                               Signature of Judicial Officer

**UNITED STATES v. Amparo VEGA-CORTEZ**              **C & W No. 07-**

## AFFIDAVIT

Your affiant is a Special Agent of the United States Immigration and Customs Enforcement (ICE) at Philadelphia, Pennsylvania and has been so employed for approximately eighteen and one half (18 1/2) years. Being duly sworn, your affiant deposes and says as follows:

1. On July 28, 2006, your affiant received information from Pennsylvania State Police Trooper Maurice NADACHOWSKI in Avondale, Pennsylvania regarding Amparo VEGA-CORTEZ and his deportation from the United States. At this time, Trooper NADACHOWSKI stated that he had received information that VEGA-CORTEZ had reentered the United States following his deportation from the United States and was currently residing in Wilmington, Delaware. Trooper NADACHOWSKI stated that AMPARO-VEGA has been arrested for Criminal Attempted Homicide in Avondale, Pennsylvania and provided this writer with a description of VEGA-CORTEZ, vehicles he operated, and a current employer in Elsmere, Delaware.

2. On April 17, 2007, Amparo VEGA-CORTEZ was encountered by this writer and the New Castle County Police Department at 9 Germay Drive, Wilmington, Delaware. At this time, VEGA-CORTEZ was in possession of a Delaware Identification card and

-1-

Social Security card in the name of Gustavo CORTES-VEGA. CORTES-VEGA, aka: Amparo VEGA-CORTEZ, admitted to being in the United States illegally and was taken into custody.

3. The fingerprints of Amparo VEGA-CORTEZ were searched through the Immigration Automated Identification Fingerprint System (IAFIS) and matched the Federal Bureau of Investigation Identification Record of Amparo CORTEZ (FBI#169474CB1). Your affiant retrieved and reviewed the FBI Identification Record of Amparo VEGA. This record shows arrests by the United States Immigration and Naturalization Service in Philadelphia, Pennsylvania under immigration file number A73 520 588 on November 10, 1999.

3. The immigration file of Amparo VEGA-CORTEZ (A73 520 588) was retrieved by your affiant and revealed that VEGA-CORTEZ was a native and citizen of Mexico by birth and had been deported from the United States on September 18, 1996 at Brownsville, Texas and on November 23, 1999 at Laredo, Texas.

4. On April 18, 2007, your affiant interviewed Amparo VEGA-CORTEZ pursuant to his arrest and deportation from the United States. After advising him of his Miranda rights, VEGA-CORTEZ waived his rights agreed to speak without the presence of an attorney. He stated that he was a native and citizen of Mexico by birth on 1974 and admitted to having been deported from the United States in 1999. AMPARO-

CORTEZ further admitted that he entered the United States illegally at Nogales, Arizona in February of 2000 and never filing for permission to reenter the United States after his deportation. VEGA-CORTEZ provided a written statement relating to these facts.

5. You affiant has reviewed the immigration file of Amparo VEGA-CORTEZ and found a Certificate of Non-Existence of Record for filing of an Application for Permission to Reapply for admission to the United States After Deportation, in the case of Amparo VEGA-CORTEZ, born in Mexico.

Your affiant avers that there is probable cause to believe that on or about April 17, 2007 in Wilmington, Delaware, in the District of Delaware, that Amparo VEGA-CORTEZ, a native and subject of Mexico, reentered or was found in the United States, after having been deported there from on September 18, 1996 and on November 23, 1999 at Texas.

*Patrick M. McCall*
PATRICK M. MCCALL
Special Agent
U.S. Immigration and Customs Enforcement (ICE)